UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: Cr. 02-814-01 |
| v. | O R D E R |
| JAMES CONDOS | |

The defendant has filed a letter application requesting an early termination of Probation,

It is on the day 4th of DECEMBER, 2008

ORDERED that defendant's letter application for early termination of probation is denied.

JOSEPH A. GREENAWAY, JR. U.S.D.J.